# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rich Media Club LLC, | No. CV-22-02086-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Duration Media LLC, | |
| Defendant. | |

At issue is the Agreed Motion to Stay Pending *Inter Partes* Review (Doc. 34). In the Motion, the parties request a stay to judicial proceedings with the exception of the Court's ruling on Defendant's Motion to Dismiss (Doc. 27). Simultaneous with the parties' filing of the Agreed Motion, the Court entered an Order (Doc. 35) denying Defendant's Motion to Dismiss. Otherwise, for good cause appearing,

**IT IS ORDERED** granting the Agreed Motion to Stay Pending *Inter Partes* Review (Doc. 34). Judicial proceedings in this matter are stayed until **September 11, 2023**.

**IT IS FURTHER ORDERED** that, by **September 11, 2023**, the parties shall jointly file a Notice informing the Court of the Patent Trial and Appeal Board's decision on Defendant's proposed institution of *Inter Partes* Review. The Court will extend the stay of this matter if necessary based on the parties' Notice.

Dated this 13th day of July, 2023.

Honorable John J. Tuchi
United States District Judge