David Berten (*pro hac vice* application granted)
Alison A. Richards (*pro hac vice* application granted)
GLOBAL IP LAW GROUP, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
312-241-1500
dberten@giplg.com
arichards@giplg.com

Victor Johnson (*pro hac vice* application granted)
James Tuck (*pro hac vice* application granted)
Joel Bock (*pro hac vice* application granted)
**DENTONS US LLP**
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
(214) 259-0900
*victor.johnson@dentons.com*
*james.tuck@dentons.com*
*joel.bock@dentons.com*

Erin E. Bradham (AZ Bar No. 02287)
**DENTONS US LLP**
2398 E. Camelback Road, Suite 850
Phoenix, Arizona 85016
(602) 508-3900
*erin.bradham@dentons.com*

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Rich Media Club LLC, a Florida Limited Liability Company,<br><br>    Plaintiff,<br> vs.<br><br>Duration Media LLC, a Delaware corporation headquartered in Arizona,<br><br>    Defendant. | Case No. 2:22-cv-02086-PHX-JJT<br><br>**JOINT REPORT RE *INTER PARTES REVIEW*** |

Plaintiff Rich Media Club LLC ("RMC") and Defendant Duration Media LLC ("Duration Media") file this joint report regarding the Inter Partes Review (IPR) petition Duration Media filed on May 24, 2023 regarding RMC's 11,443,329 patent (the '329 patent). On August 7, 2024, the PTAB issued a Final Written Decision finding all challenged claims not unpatentable.  The deadline to appeal this decision has not yet passed. RMC intends to file a motion to lift the stay currently in place until September 13, 2024. Duration Media intends to oppose the motion to lift the stay.

Dated:  August 15, 2024

**DENTONS US LLP**

By: */s/ Victor Johnson*
Victor C. Johnson
(*pro hoc vice* application granted)
Joel N. Bock
(*pro hoc vice* application granted)
James Tuck
(*pro hoc vice* application gratned)
100 Crescent Court, Suite 900
Dallas,        Texas        75201
*victor.johnson@dentons.com*
*paul.charlton@dentons.com*
*joel.bock@dentons.com*
*james.tuck@dentions.com*

Erin E. Bradham
2398 E. Camelback Road, Suite 850
Phoenix, Arizona 85016
*erin.bradham@dentons.com*

*Attorneys for Defendant*

**Global IP Law Group, LLC**

By: */s/ David Berten*
David Berten
Alison A. Richards
55 West Monroe Street, Suite 3400
Chicago, IL 60603
312-241-1500
dberten@giplg.com
arichards@giplg.com

*Attorneys for Plaintiff*