| | |
|---|---|
| David Berten (*pro hac vice* application granted)<br>Alison A. Richards (*pro hac vice* application granted)<br>GLOBAL IP LAW GROUP, LLC<br>55 West Monroe Street, Suite 3400<br>Chicago, IL 60603<br>312-241-1500<br>dberten@giplg.com<br>arichards@giplg.com | Victor Johnson (*pro hac vice* granted)<br>James Tuck (*pro hac vice* granted)<br>**DENTONS US LLP**<br>100 Crescent Court, Suite 900<br>Dallas, TX 75201-1858<br>Phone:     (214)     259-0900<br>*victor.johnson@dentons.com*<br>*james.tuck@dentons.com*<br><br>Joel Bock (*pro hac vice* granted)<br>DENTONS US LLP<br>101 JFK Pkwy<br>Short Hills, New Jersey 07078<br>(973) 912-7274<br>*joel.bock@dentons.com*<br><br>Erin E. Bradham (AZ Bar No. 02287)<br>**DENTONS US LLP**<br>2398 E. Camelback Road, Suite 850<br>Phoenix, Arizona 85016<br>(602) 508-3900<br>*erin.bradham@dentons.com* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Rich Media Club LLC, a Florida Limited Liability Company,<br><br>             Plaintiff,<br>     vs.<br><br>Duration Media LLC, a Delaware corporation headquartered in Arizona,<br><br>             Defendant. | Case No. 2:22-cv-02086-PHX-JJT<br><br>**JOINT REPORT RE DIRECTOR REVIEW OF FINAL WRITTEN DECISION** |

Pursuant to the Court's order [Dkt 46], Plaintiff Rich Media Club LLC ("RMC") and Defendant Duration Media LLC ("Duration Media") file this joint report regarding Duration Media's request for Director review of the PTAB's Final Written Decision ("FWD") regarding RMC's 11,443,329 patent (the '329 patent).  The Director invited RMC to file a response to the request, which RMC filed. As of December 2, 2024, the Director has not indicated whether she will review the FWD, and Duration Media's petition for Director review of the FWD is still pending.

Dated:  December 2, 2024

| DENTONS US LLP | Global IP Law Group, LLC |
|---|---|
| /s/   Victor C. Johnson<br>Victor C. Johnson (pro hac vice granted)<br>James Tuck (pro hac vice granted)<br>2000 McKinney Avenue, Suite 1900<br>Dallas, TX 75201-1858<br>Phone:  (214) 259-0900<br>victor.johnson@dentons.com<br>james.tuck@dentons.com | By: /s/ David Berten<br>David Berten<br>Alison A. Richards<br>55 West Monroe Street, Suite 3400<br>Chicago, IL 60603<br>312-241-1500<br>dberten@giplg.com<br>arichards@giplg.com |
| Erin E. Bradham (AZ Bar No. 02287)<br>2398 E. Camelback Road, Suite 850<br>Phoenix, Arizona 85016<br>(602) 508-3900<br>erin.bradham@dentons.com | *Attorneys for Plaintiff* |
| Joel Bock (pro hac vice granted)<br>101 JFK Pkwy<br>Short Hills, New Jersey  07078<br>(973) 912-7274<br>joel.bock@dentons.com | |
| *Attorneys for Defendant* | |