# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rich Media Club LLC, | No. CV-22-02086-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Duration Media LLC, | |
| Defendant. | |

At issue is the Agreed Motion to Stay Pending Remand of *Inter Partes* Review After USPTO Director Vacated Prior Written Decision and Remanded to Board for Further Proceedings (Doc. 50). Because the parties jointly request to stay this matter, the Court will grant the Motion. The Court will also administratively close this matter, which is now two years old and has not yet proceeded to a case management conference under Rule 16. Any party with good cause can move to re-open the case at a future date.

**IT IS THEREFORE ORDERED** granting the Agreed Motion to Stay Pending Remand of *Inter Partes* Review After USPTO Director Vacated Prior Written Decision and Remanded to Board for Further Proceedings (Doc. 50).

**IT IS FURTHER ORDERED** vacating the Scheduling Conference set for January 28, 2025 at 9:30 a.m. (Doc. 49).

. . .

. . .

. . .

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter a stay of this case and administratively close this matter. Any party with good cause can move to re-open the case at a future date.

Dated this 18th day of December, 2024.

Honorable John J. Tuchi
United States District Judge